UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00145-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | (Dkt. nos. 134, 135 & 136) |
| RYAN MASTERS, | |
| Defendant. | |

Defendant seeks to continue the sentencing hearing. In connection with that request, Defendants filed three motions: motion to continue sentencing hearing ("motion to continue"), motion to file motion to continue sentencing hearing under seal and request for motion to continue sentencing hearing to be heard on shortened time. (Dkt. nos. 134, 135 & 136.) It is unnecessary for Defendant to attach a copy of the Presentence Investigation Report to the motion to continue. Accordingly, Defendant's motion to file motion to continue under seal is denied. To prevent the improper disclosure of the Presentence Investigation Report, the motion to continue will be stricken. Defendant is ordered to file an amended motion to continue without attaching the Presentence Investigation Report or quoting directly from the Presentence Investigation Report. Defendant's request for motion to continue to be heard on shortened time is granted.

1     IT IS THEREFORE ORDERED that the motion to seal (dkt. no. 134) is DENIED. The motion to continue (dkt. no. 135) is ordered STRICKEN.  Defendant is ordered to file an amended motion within one (1) day.

    IT IS FURTHER ORDERED that the motion for motion to continue to be heard on shortened time (dkt. no. 136) is GRANTED.  The government is ordered to respond to the motion to continue within five (5) days from the filing of the amended motion to continue.

    DATED THIS 23rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE