UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00145-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | (Dkt. no. 138) |
| RYAN MASTERS, | |
| Defendant. | |

Before the Court is Defendant's motion to continue the sentencing hearing. (Dkt. no. 138.)  The government does not oppose the requested continuance although it questions the need for a mental health examination.  In light of the recent substitution of counsel, the Court finds there exists good cause to continue the sentencing hearing to give counsel adequate time to prepare for sentencing.  It is therefore ordered that the sentencing hearing is continued to July 1, 2013, at 10:00 a.m. The deadline for Defendant to raise any objection to the Presentence Investigation Report pursuant to Fed. R. Crim. P. 32(f)(1) is extended to June 10, 2013.

DATED THIS 24th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE