UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RYAN MASTERS,<br><br>Defendant. | Case No. 2:12-cr-00145-MMD-GWF<br><br>ORDER<br><br>(Def.'s Mtn. for Return of Seized Prop.<br>– dkt. no. 171;<br>Def.s' Notice of Appeal/Objection to<br>Magistrate Judge's Order<br>– dkt. no. 172) |
|---|---|

Before the Court are Defendant Ryan Masters' Motion for Return of Seized Property (dkt. no. 171) and Notice of Appeal/Objection to Magistrate Judge's Order, dkt. no. 170 (dkt. no. 172). Defendant filed these documents pro se even though he is represented by counsel. As the Court previously informed Defendant (dkt. nos. 159, 170), a party who is represented by counsel may not appear or act in the case under Local Rule IA 10-6.

IT IS THEREFORE ORDERED that Defendant Motion for Return of Seized Property (Amended Motion #12) (dkt. no. 171) and Notice of Appeal/Objection to Magistrate Judge's Order (dkt. no. 172) are DENIED. Further motions filed pro se will not be considered by the Court.

DATED THIS 3rd day of July 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE