**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-145-MMD-(GWF) |
| RYAN MASTERS, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on November 5, 2012, defendant RYAN MASTERS was found guilty of Counts One through Six of a Six-Count Superseding Criminal Indictment charging him in Count One with Conspiracy in violation of Title 18, United States Code, Section 371; in Counts Two through Four, and Six with Possession of Fifteen or More Counterfeit or Unauthorized Access Devices in violation of Title 18, United States Code, Section 1029(a)(3); and in Count Five with Aggravated Identity Theft in violation of Title 18, United States Code, Sections 1029(a)(3) and 1028A(a)(1). Superseding Criminal Indictment, ECF No. 49; Jury Verdict, ECF No. 104.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and the offenses to which defendant RYAN MASTERS was found guilty. Superseding Criminal Indictment, ECF No. 49; Jury Verdict, ECF No. 104.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B):

1. HP Laptop Computer G62, Serial No. CNF04061GZ;
2. Google Cell Phone, Serial No. HT0CPP801312 with magnetic stripe reader;
3. Dell Precision M4400 / Toshiba 250 GB hard drive (s/n 4058B9CZB);
4. Compaq Presario CQ56-115DX laptop (s/n CNF112038V) / Hitachi 250 GB hard drive (s/n 110228PBN238NSJSET8U);
5. HP G62-347NR Laptop (s/n CNF04061GZ) / Samsung 320 GB hard drive (s/n S25WJ9BZ923196);
6. EliteGroup 332 laptop (s/n 96F67W00002Q64200616) / Hitachi 40 GB hard drive (s/n XHDTVPAM);
7. Garmin Nuvi GPS unit, serial number (s/n) 2J4261334;
8. HP laptop model dm4-3055dx, s/n 2CE20637BD;
9. Toshiba laptop, s/n ZB086068Q;
10. Boost mobile phone ZTE model N860, s/n 320820391303;
11. Galaxy SII mobile phone, s/n RQRBC19136J; and
12. Garmin Nuvi GPS unit, s/n 1TA121071 ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RYAN MASTERS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 26th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with a copy of the Preliminary Order of Forfeiture on July 25, 2013, by the below identified method of service:

CM/ECF:

Kevin R. Stolworthy
Armstrong Teasdale
3770 Howard Hughes Pkwy. Ste. 200
Las Vegas, NV 89169
kstolworthy@armstrongteasdale.com
Attorney for Ryan Masters

Melanie A. Hill
Law Office of Melanie Hill
9345 W. Sunset Rd., Ste. #100
Las Vegas, NV 89148
Melanie@MelanieHillLaw.com
Attorney for Jack Newsome

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal