2013 OCT 24  A 9:42

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )   2:12-CR-145-MMD-(GWF)
                                         )
RYAN MASTERS,                            )
                                         )
            Defendant.                   )

## FINAL ORDER OF FORFEITURE AS TO RYAN MASTERS

On July 26, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B), forfeiting property of defendant RYAN MASTERS to the United States of America. Superseding Criminal Indictment, ECF No. 49; Preliminary Order of Forfeiture, ECF No. 185. This Preliminary Order of Forfeiture was subsequently vacated pursuant to an Order of the Court (ECF 187) and was re-entered by this Court on October 24, 2013 with the consent of all parties.

Based upon an agreement between the parties regarding the entry of a Preliminary Order of Forfeiture, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United

. . .

1  States Code, Section 982(a)(2)(B) that the forfeiture of the property named in the Preliminary Order of
2  Forfeiture is final as to defendant RYAN MASTERS.
3      DATED this 24th day of October 2013.

                                              UNITED STATES DISTRICT JUDGE

2