UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00145-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RYAN MASTERS, | |
| Defendant. | |

The Court plans to correct an error in the Judgment pursuant to Federal Rule of Criminal Procedure 36. Rule 36 provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from an oversight or omission." This Order serves as notice that the Court will correct the Judgment entered on November 4, 2013 (dkt. no. 243) to reflect that paragraph F under "Schedule of Payments" relating to "[s]pecial instructions regarding the payment of criminal monetary penalties" on page 7 will be revised as follows:

> Any unpaid balance shall be paid at a monthly rate of not less than 10% of any income earned during incarcerations and/or gross income while on supervision, subject to adjustment by the Court based upon ability to pay.

Any objection to the referenced amendment to the Judgment must be filed within fourteen (14) days from the date of this order. Any response must be filed within seven (7) days thereafter.

DATED THIS 27th day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE