**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, Plaintiff,

v.

RYAN MASTERS, Defendant.

2:12-CR-145-MMD-(GWF)

**AMENDED FINAL ORDER OF FORFEITURE**

On October 24, 2013, the United States District Court for the District of Nevada signed a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B), based upon the jury verdict finding defendant RYAN MASTERS guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant RYAN MASTERS was found guilty. Superseding Criminal Indictment, ECF No. 49; Minutes of Jury Trial, ECF No. 98; Verdict Form, ECF No. 104; Preliminary Order of Forfeiture, ECF No. 235; Final Order of Forfieture, ECF No. 277.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 29, 2013, through November 27, 2013, notifying all potential third parties and notified

known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 264; Notice of Filing Service of Process, ECF No. 291.

On February 18, 2014, Travis Wayne Creneans was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 291.

On October 24, 2013, the Court signed a Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Ryan Masters and Order (ECF No. 237) in which the United States agreed to return specific property to defendant RYAN MASTERS.  Settlement Agreement, ECF No. 237.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of consistent with the terms and conditions embodied in the Settlement Agreement, ECF No. 237:

   1. HP Laptop Computer G62, Serial No. CNF04061GZ;
   2. Google Cell Phone, Serial No. HT0CPP801312 with magnetic stripe reader;
   3. Dell Precision M4400 / Toshiba 250 GB hard drive (s/n 4058B9CZB);
   4. Compaq Presario CQ56-115DX laptop (s/n CNF112038U) / Hitachi 250 GB hard drive (s/n 110228PBN238NSJSET8U);
   5. HP G62-347NR Laptop (s/n CNF04061GZ) / Samsung 320 GB hard drive (s/n S25WJ9BZ923196);

    6.    EliteGroup 332 laptop (s/n 96F67W00002Q64200616) / Hitachi 40 GB hard drive (s/n XHDTVPAM);

    7.    Garmin Nuvi GPS unit, serial number (s/n) 2J4261334;

    8.    HP laptop model dm4-3055dx, s/n 2CE20637BD;

    9.    Toshiba laptop, s/n ZB086068Q;

    10.    Boost mobile phone ZTE model N860, s/n 320820391303;

    11.    Galaxy SH mobile phone, s/n RQRBC19136J; and

    12.    Garmin Nuvi GPS unit, s/n 1TA121071.

A. The United States shall maintain sole proprietary interest in the following items, once forfeited:

    i.    HP Laptop Computer G62, Serial No. CNF04061GZ;

    ii.    Google Cell Phone, Serial No. HT0CPP801312 with magnetic stripe reader;

    iii.    Dell Precision M4400 / Toshiba 250 GB hard drive (s/n 4058B9CZB);

    iv.    Compaq Presario CQ56-115DX laptop (s/n CNF112038V) / Hitachi 250 GB hard drive (s/n 110228PBN238NSJSET8U);

    v.    HP G62-347NR Laptop (s/n CNF04061GZ) / Samsung 320 GB hard drive (s/n S25WJ9BZ923196);

    vi.    EliteGroup 332 laptop (s/n 96F67W00002Q64200616) / Hitachi 40 GB hard drive (s/n XHDTVPAM);

    vii.    HP laptop model dm4-3055dx, s/n 2CE20637BD; and

    viii.    Toshiba laptop, s/n ZB086068Q.

B. FURTHERMORE consistent with the conditions and timing discussed in the aforementioned Settlement Agreement, ECF No. 237, the United States agrees to return the following items to the defendant:

**Seized Items Specified in the Preliminary Order of Forfeiture:**

    i.    Garmin Nuvi GPS unit, serial number (s/n) 2J4261334;

ii. Boost mobile phone ZTE model N860, s/n 320820391303;

iii. Galaxy SH mobile phone, s/n RQRBC19136J; and

iv. Garmin Nuvi GPS unit, s/n 1TA121071.

**Seized Items Not Specified in the Preliminary Order of Forfeiture:**

i. Sprint LN240 Cell Phone, N/S 101KPKN0758061;

ii. Fujifilm S2700DH Digital Camera, S/N OSA26131;

iii. Sony Play Station Potable with Memory Card, S/N AV703289658PSP3001;

iv. Samsung Cell Phone, S/N RQUZ128400Z;

v. Sony Play Station-2 89MB Memory Card with the handwritten notation, DRR; and

vi. Garmin Nuvi GPS, S/N 1WM349815.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 1st day of May, 2014.

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal**,** certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on May 1, 2014, by the below identified method of service:

CM/ECF

Kevin R. Stolworthy
Armstrong Teasdale
3770 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV 89169
kstolworthy@armstrongteasdale.com
Attorney for Ryan Masters

Conor P. Flynn
Armstrong Teasdale
3770 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV 89169
cflynn@armstrongteasdale.com
Attorney for Ryan Masters

Regular Mail

Ryan Masters
PRO SE
Victorville Medium II
67896-308 Federal Correctional Institution Inmate Mail/Parcels
P.O. Box 3850
Adelanto, CA 92301

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal