UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00145-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RYAN MASTERS, | |
| Defendant. | |

Before the Court is Defendant Ryan Masters' objections to the Magistrate Judge's Order striking Defendant's motion to recuse. (Dkt. no. 359.) The Magistrate Judge ordered that Defendant's *pro se* motion to recuse be stricken pursuant to Local Rule IA10-6. (Dkt. no. 356.) Local Rule IA10-6(a) provides that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant is represented by counsel in connection with his re-sentencing.[1] Accordingly, he cannot file his motion to recuse *pro se.* It is therefore ordered that Defendant's objections (dkt. no. 359) are overruled.

DATED THIS 29th day of February 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Defendant contends that he will be appearing without counsel in other proceedings, such as in connection with his motion to vacate under 28 U.S.C. § 2255. While this may be true, Defendant is currently represented by counsel and is subject to LR IA 10-6.