UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RYAN MASTERS,<br><br>                    Defendant. | Case No. 2:12-cr-00145-MMD-GWF<br><br>ORDER |

Defendant Ryan Masters seeks to appeal *pro se* the Court's Order granting the government's motion to strike his motion for the undersigned to recuse (dkt. no. 360). (Dkt. no. 361.) The government moved to strike Masters' notice of appeal. (Dkt. no. 362.) The Magistrate Judge issued a Report and Recommending ("R&R"), recommending that the Court grant the government's motion to strike. (Dkt. no. 366.) Masters objected to the R&R (dkt. no 372) and the government moves to strike his objection (dkt. no. 372).

Local Rule IA 10-6(a) provides that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Masters has been represented by appointed counsel Kevin R. Stolworthy since December 2012. (Dkt. no. 123.) Since then, the Court has struck *pro se* filings made by Masters so he is well aware of LR IA 10-6(a)'s prohibition against filing by a party who is represented. (*See, e.g.,* dkt. no. 170.) Masters, however, has continued to disregard the Court's local rule and orders by continuing to file motions *pro se*. The Court therefore agrees with the Magistrate Judge's recommendation to strike Masters' notice of appeal and any filings submitted *pro se*.

It is therefore ordered that the Magistrate Judge's Report and Recommendation (dkt. no. 366) is adopted. The government's motion to strike the notice of appeal (dkt. no. 362) is granted. The notice of appeal (dkt. no. 361) will be stricken. The government's motion to strike Masters' objection (dkt. no. 373) is granted. Masters' objection to the Report and Recommendation (dkt. no. 372) will be stricken. Moreover, the Clerk is directed to strike any filings by Masters submitted *pro se* while he is represented by counsel.

DATED THIS 15th day of April 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE