1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 | UNITED STATES OF AMERICA,              )

9 |                         Plaintiff,     )

10 |        v.                             )   2:12-CR-145-MMD-(GWF)

11 | RYAN MASTERS,                         )

12 |                         Defendant.    )

13 **SECOND AMENDED FINAL ORDER OF FORFEITURE**

14     The United States District Court for the District of Nevada entered a Preliminary Order of

15 Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

16 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code,

17 Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B) based upon the jury verdict

18 finding defendant RYAN MASTERS guilty of the criminal offenses, forfeiting specific property set

19 forth in the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United

20 States to have the requisite nexus to the offenses to which defendant RYAN MASTERS was found

21 guilty.  Superseding Criminal Indictment, ECF No. 49; Minutes of Jury Trial, ECF No. 98; Verdict

22 Form, ECF No. 104; Preliminary Order of Forfeiture, ECF No. 235.

23     On October 24, 2013, the Court granted a Settlement Agreement, Stipulation for Entry of

24 Order of Forfeiture as to Ryan Masters and Order (ECF No. 237) in which Ryan Masters agreed to

25 forfeit the property and the United States agreed to return specific property to defendant RYAN

26 MASTERS.  Settlement Agreement, ECF No. 237.

1   This Court finds the United States of America published the notice of forfeiture in accordance

2   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

3   from October 29, 2013, through November 27, 2013, notifying all potential third parties; and notified

4   known third parties by personal service or by regular mail and certified mail return receipt requested,

5   of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 264.

6   On February 18, 2014, the United States Marshals Service personally served Travis Wayne

7   Creneans with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process,

8   ECF No. 291.

9   This Court finds no petition was filed herein by or on behalf of any person or entity and the

10   time for filing such petitions and claims has expired.

11   This Court finds no petitions are pending with regard to the assets named herein and the time

12   for presenting such petitions has expired.

13   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

14   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

15   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

16   32.2(c)(2); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section

17   981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

18   982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of consistent

19   with the terms and conditions embodied in the Settlement Agreement (ECF No. 237) and according to

20   the law:

21       1.   Google Cell Phone, Serial No. HT9CPP801312 with magnetic stripe reader;

22       2.   Dell Precision M4400 / Toshiba 250 GB hard drive (s/n 4058B9CZB);

23       3.   Compaq Presario CQ56-115DX laptop (s/n CNF112038V) / Hitachi 250 GB hard

24          drive (s/n 110228PBN238NSJSET8U);

25       4.   HP G62-347NR Laptop (s/n CNF04061GZ) / Samsung 320 GB hard drive (s/n

26          S25WJ9BZ923196);

2

5.  EliteGroup 332 laptop (s/n 96F67W00002Q64200515) / Hitachi 40 GB hard drive (s/n XHDTVPAM);

6.  Garmin Nuvi GPS unit, serial number (s/n) 2J4261334;

7.  HP laptop model dm4-3055dx, s/n 2CE20637BD;

8.  Toshiba laptop, s/n ZB086068Q;

9.  Boost mobile phone ZTE model N860, s/n 320820391303;

10. Galaxy SII mobile phone, s/n RQRBC19136J; and

11. Garmin Nuvi GPS unit, s/n 1TA121071.

    A.  The United States shall maintain sole proprietary interest in the following items, once forfeited:

        i.  Google Cell Phone, Serial No. HT9CPP801312 with magnetic stripe reader;

        ii.  Dell Precision M4400 / Toshiba 250 GB hard drive (s/n 4058B9CZB);

        iii.  Compaq Presario CQ56-115DX laptop (s/n CNF112038V) / Hitachi 250 GB hard drive (s/n 110228PBN238NSJSET8U);

        iv.  HP G62-347NR Laptop (s/n CNF04061GZ) / Samsung 320 GB hard drive (s/n S25WJ9BZ923196);

        v.  EliteGroup 332 laptop (s/n 96F67W00002Q64200515) / Hitachi 40 GB hard drive (s/n XHDTVPAM);

        vi.  HP laptop model dm4-3055dx, s/n 2CE20637BD; and

        vii.  Toshiba laptop, s/n ZB086068Q.

    B.  FURTHERMORE consistent with the conditions and timing discussed in the aforementioned Settlement Agreement (ECF No. 237) the United States agrees to return the following items to the defendant:

    **Seized Items Specified in the Preliminary Order of Forfeiture:**

        i.  Garmin Nuvi GPS unit, serial number (s/n) 2J4261334;

ii.     Boost mobile phone ZTE model N860, s/n 320820391303;

iii.    Galaxy SII mobile phone, S/N RQRBC19136J; and

iv.     Garmin Nuvi GPS unit, S/N 1TA121071.

**Seized Items Not Specified in the Preliminary Order of Forfeiture:**

i.      Sprint LN240 Cell Phone, S/N 101KPKN0758061;

ii.     Fujifilm S2700DH Digital Camera, S/N OSA26131;

iii.    Sony Play Station Portable with Memory Card, S/N
        AV703289658PSP3001;

iv.     Samsung Cell Phone, S/N RQUZ128400Z;

v.      Sony Play Station-2 8MB Memory Card with the handwritten notation,
        DRR; and

vi.     Garmin Nuvi GPS, S/N 1WM349815.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this __20th__ day of April, 2016.


_____
UNITED STATES DISTRICT JUDGE