UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00145-MMD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RYAN MASTERS, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Appointment of Counsel under 18 U.S.C. § 3006A (ECF No. 442), filed April 11, 2018.

On December 27, 2012, the Court appointed Kevin R. Stolworthy, Esq. as counsel for the Defendant. ECF No. 123. On November 4, 2013, judgment was entered against Defendant as to Counts 1s-6s. ECF No. 243. Defendant requests that Mr. Stolworthy be appointed as his counsel for the purpose of challenging the conditions of his supervised release.

Upon review and consideration, the Court finds good cause to grant Defendant's motion to appoint counsel. Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion for Appointment of Counsel under 18 U.S.C. § 3006A (ECF No. 442) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve this order on former counsel, Kevin R. Stolworthy, Esq.

. . . .

1     **IT IS FURTHER ORDERED** that Mr. Stolworthy shall advise the Court within **seven** days of receipt of this order, as to whether or not he will be able to accept appointment as Defendant's counsel.

Dated this 19th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE